IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Amarillo__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 8 2020
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Nicolas Nelson #2042638
Plaintiff's Name and ID Number

Tex Dept Crim Just - Clements Unit
Place of Confinement

CASE NO. 2 0 CV - 228 - Z
(Clerk will assign the number)

v.

Brittany Miller - 9601 Spur 591 - Amarillo, TX - 79107
Defendant's Name and Address

Hunter Flowers - 9601 Spur 591 - Amarillo, TX - 79107
Defendant's Name and Address

Jamie Young - 9601 Spur 591 - Amarillo, TX - 79107
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____n/a_____
        2.  Parties to previous lawsuit:
            Plaintiff(s) _____n/a_____
            Defendant(s) _____n/a_____
        3.  Court: (If federal, name the district; if state, name the county.) _____n/a_____
        4.  Cause number: _____n/a_____
        5.  Name of judge to whom case was assigned: _____n/a_____
        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____n/a_____
        7.  Approximate date of disposition: _____n/a_____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Tex. Dept of. Crim Just

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Nicolas Nelson
Clements Unit - 9601 Spur - 591, Amarillo, TX - 79166

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Brittany Miller - (Capin of Officers) - TDCJ -
Clements Unit - 9601 - Spur - 591 - Amarillo, TX - 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Caused my Pain by not Authorizing Medical to Pass out my Meds

Defendant #2: Hunter Flowers - (Cor. Officer C.O.3) - TDCJ -
Clements Unit - 9601 Spur - 591 - Amarillo, TX - 79107
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Broke my leg in use of force on ECB - A-Pod - 227 cell

Defendant #3: Jamie L. Young - (Cor. Officer - CO4) - TDCJ -
Clements Unit - 9601 - Spur - 591 - Amarillo, TX - 79107
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Racist Discrimination & Slurs

Defendant #4: Karmelle Polk - (Cor. Officer - CO3) - TDCJ
Clements Unit - 9601 Spur - 591 - Amarillo, TX - 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sexual Harassment Because I'm Black

Defendant #5: Jesus. O. Cruz - (Cor. Officer - 5) - TDCJ
Clements Unit - 9601 Spur - 591 - Amarillo, TX - 79107
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not wearing Face Mask Spreading Covid-19

Rev. 05/15

### Memorandum of Law

#### Defendant #1

[Captin-B. Miller] did cause me pain by refusing the unit Medical Nurse to passout of my meds on Lockdown. (The Supreme Court has limited this arguement to cases where multiple conditions add up to create a single imparible harm. (Palmer vs. Johnson, 193 F.3d 346 (5th Cir. 1999)

#### Defendant #2

[Officer Flowers] did use excessive use of force in violation of TDCJ-Policy. (see) Thompson v. Carter, 284 F.3d 411 (2d Cir. 2002)

#### Defendant #3

[Officer J. Young] did use racist slurs, did cause me emotional damage. [Racial Discrimination & Racial Segration by Prison Authorities are unconstitutional under Equal Protection clause of 14th Amend.-Washington vs. Lee, 263 F.Supp. 327 (M.D. Ala 1966)

#### Defendant #4

[Officer K. Polk] did sexually harass me for being Black. (see) Thompson v. Carter, 284 F.3d 411 (2d. Cir. 2002) - Some Courts have held a mental or emotional "injury is any constitutional violation" that does not included a physical injury."

#### Defendant #5

[Officer Cruz] not wearing a face mask to prevent Covid-19 infectum endangered my life. (The Supreme Court has held that Pro Se Complaints are subject to "less stringent standards than the formal pleading drafted by lawyers & should be literally construed in plaintiff's favors-Hughes v. Rowe, 499 U.S. 59 (1980)

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(Defend #1 - B. Miller - Capt. of Officers) on [Aug 7th 2020] the ECB-A-Pod was put on (lockdown); Captin Miller forced medical not to pass out any medication; called me A [walky talky] which resulted in my physical pain; suffering because I have Covit-19 · cancer. B. Anny Miller violated my Const. Right by 8th Amend of U.S. Constitution Knowingly; intentionally cause Cruel Punishment inflicted; acted under the color of state; in her official compacity is not entitled to qualified immunity;

(Defend #2 - H. Flowers - C. Officer) on [Aug 7th 2020] on [ECB-A-Pod - 227] I had a excessive use of force in which officer Flowers) did use cruel use of force; broke my leg; called me A [walkie Talkie]; Flowers violated my Const. Right by 8th Amendment cruel punishment inflicted by breaking my leg beyond first aid injury caused my physical pain; suffering; acted under the color Knowingly; intentionally; In his official compacity is not entitled to qualified immunity;                                             (SEE NEXT PAGE ⟶)

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Defend #1: B. Miller - (injuction) Pass out meds on lockdown; no K for pain; suffering / Defend #2: H. Flowers; &ID K pain; suffering / Defend #3: J. 4ound - (injuction) no more slurs; Harassment / Defend #4 - Kirby - (injuction) Restraining order / Defend #5 (injuction) wear face mask; force inmates too.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

    nicolas nelson

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed sanctions (if federal, give the district and division): n/a
    2. Case number: n/a
    3. Approximate date sanctions were imposed: n/a
    4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓NO

Rev. 05/15

COMPLAINTS

**DEFENDANT #3**: (J. YOUNG-C. OFFICER) On [Aug 7th 2020] did use Racist Slurs & called me a [Black Walkie Talky] which resulted in Mental & Emotional Damage for 10 year prior to this incident because Black Lives Don't Matter in TDCJ! Officer Young violated my 8th Amend right Cruel Punishment inflicted & Mental & Emotional Damage caused & under the color of state & in her official compacity is not entitled to qualified immunity! Young also violated my Equal Protection under the 14th Amendment!

**DEFENDANT #4**

(Defend #4 – K. Polk - C. Officer) On [Aug 7th 2020] did [sexually harass] mental/big time because I'm Black & said, "She wanted to see me masterbate in the shower because Black guys are Hung & White Boys are Dung." Officer K. Polk did knowingly & intentionally violate my 8th Amend right of U.S. Constitution & caused me Mental & Emotional Damage; acted under the color of state & in her official compacity is not entitled qualified immunity & call me a [Black Walky Talky]

**DEFENDANT #5**

(Defend #5) – J. Cruz - C. Officer) On [Aug 7th 2020] on ECB A-Pod officer Cruz refused to wear a face mask & enforce inmates to wear face mask in compliance with TDCJ policy & Governor Greg Abbotts order & did result in my infection of Covit-19! (Cruz) acted knowingly & intentionally calling me a [Walky Talky] & violated my 8th Amend right causing me cruel & unusual punishment & Mental & Emotional Damage; acted under the color of state & in his official compacity is not entitled to qualified immunity.

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____n/a____
2. Case number: ____n/a____
3. Approximate date warning was issued: ____n/a____

Executed on: __10/8/20__
           DATE

____Nicolas Nelson____

____Nicolas Nelson____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __5TH__ day of __October__, 20 __20__.
         (Day)              (month)           (year)

____Nicolas Nelson____

____Nicolas Nelson____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15




Clerk
U.S. District Court
Northern District of Texas
205 E. Fifth Street, 133
Amarillo, Texas
79101

RECEIVED
OCT - 8 2020
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Nicolas Nelson #2042638
Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606