IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| NICHOLAS DAQUAN NELSON, (TDCJ No. 02042638) § § § Plaintiff, § § v. § § BRITTANY MILLER, et al., § § Defendants. § § | 2:20-CV-228-Z-BR |

### ORDER

On September 3, 2021, in companion case 2:20-CV-229-M-BR, the Court docketed Plaintiff's letter indicating that another inmate stole his identity to initiate these lawsuits and he did not wish to pursue these claims. ECF No. 6, 2:20-CV-229-M-BR. The Court interprets this pleading as a self-executing notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the filing of which divested the Court of jurisdiction. *See Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010). The Clerk is therefore **DIRECTED** to **CLOSE** this action and **TERMINATE** all pending motions.

All other relief not expressly granted herein is denied.

April **13**, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE